STATE OF MISSOURI )
)
CITY OF SAINT LOUIS)

IN THE CIRCUIT COURT CITY OF SAINT LOUIS, STATE OF MISSOURI

THE STATE OF MISSOURI TO ANY PEACE OFFICER IN THE STATE OF MISSOURI

Whereas, a complaint in writing, duly verified by oath, has been filed with the undersigned Judge of this court, stating upon information and belief, and personal belief, that the following (contraband), (property) to-wit: **Marijuana, Heroin, or any other Illegal Narcotic, U.S. Currency, Drug Transaction Records, Firearms, and any other instruments of the crime.**

(believed to have been used as means for committing the felony of:)

**Violation Missouri Controlled Substance Law (sale and possession), Unlawful Possession of a Firearm.**

(is now being held and kept at the following place in the said City and State, to-wit:

**5414 South Kingshighway Blvd., being a single family two story residence of primarily brick construction. The numerics 5414 are posted on the front of the residence. The said dwelling is within the city limits of St. Louis.**

Whereas, the Judge of this Court from the sworn allegations of said complaint and from the supporting written affidavits filed therewith has found that there is probable cause to believe that allegations of the complaint to be true and probable cause for the issuance of a search warrant therein;

Now, therefore, these are to command you that you search the said premises above described within 10 days after the issuance of this warrant by day or night, and take with you, in need be, the power of your city, and if said above described property or any part thereof be found on the said premises by you, that you seize the same and take same into your possession, making a complete and accurate inventory of the property so taken by you in the presence of the person from whose possession the same is taken, if that be possible, and giving to such person, a receipt for such property, together with a copy of this warrant, or, if no person be found in possession of said property, leaving said receipt and said copy upon the premises searched, and that you thereafter return the property so taken and seized by you, together with a duly verified copy of the inventory thereof and with your return to this warrant to this Court to be herein dealt with in accordance with law.

Witnessed my hand and seal of this Court on this 31st day of May 2017, at 12:25 AM/PM.

_____
HONORABLE JUDGE

EX. B