UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KAREN POWELL, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:17-cv-02017-HEA |
| ) | |
| v. ) | |
| ) | |
| NICHOLAS SHELTON *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF NANCY KISTLER

I, Nancy R. Kistler, declare as follows:

1. I have personal knowledge of the facts contained herein.

2. As Deputy City Counselor for the City of St. Louis ("City"), a position I have held for eleven years, I oversee litigation matters for City.

3. City has not purchased any liability insurance policy to cover torts, personal injuries, or any other claims that do not arise from dangerous property conditions or the operation of motor vehicles.

4. To the extent City may be held liable under the law for torts or personal injuries arising from dangerous property conditions or the operation of motor vehicles, City is self-insured.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 22nd day of April, 2019.

*[signature]*

Nancy R. Kistler

1

EX. U