# AFFIDAVIT OF DIONNE M. FLOWERS

STATE OF MISSOURI    )
                        )
CITY OF ST. LOUIS    )

    **Now this     day of January 2019, the undersigned, Dionne M. <u>Flowers</u>, being first duly sworn, deposes and says:**

1. I am more than 18 years of age.

2. I make this affidavit from my personal knowledge of the facts stated herein or upon information and facts available to me.

3. I am currently employed as the Register for the City of St. Louis, Missouri, ("City") and in that capacity I serve as the record keeper of all City ordinances and contracts.

4. I have been employed in this capacity since August 14, 2017

5. By City Charter, the Office of the Register is charged with the custody of the original roll of ordinances, contracts, conditional bonds, title deeds, certificates and papers, and all other records, papers and documents not required by City Charter or by ordinance to be deposited elsewhere. *See* Art. IX, section 1 of the City Charter.

6. As of today's date, the Office of the Register has no record of any City ordinance duly enacted by the City's Board of Alderman that purports to adopt a plan of self-insurance providing liability coverage for the City for tort claims other than those arising from motor vehicle accidents with vehicles operated by City employees and claims arising from the dangerous condition of public property.

7. As of today's date, the Office of the Register has no record of any ordinance being duly enacted by the City Board of Alderman that purports to purchase or obtain insurance from the entity known as the Public Facilities Protection Corporation ("PFPC").

8. Further, as of today's date, the Office of the Register has no record of any contract entered between the City, the PFPC or any insurance provider that purports to provide liability coverage for tort claims asserted against the

City or its employees.

**I certify under penalty of perjury that the statements above are complete, true and accurate to the best of my knowledge and belief.**

_____
AFFIANT, DIONNE M. FLOWERS
CITY REGISTER
CITY OF ST. LOUIS, MISSOURI

Subscribed and sworn to before me this ___16___ day of January 2019.

_____
NOTARY PUBLIC

My commission expires: ___1/21/19___

DIANE MARCH
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: January 21, 2019
Commission Number: 14699525