Ordinance 57821
(Amd. B.B. No. 6)

An ordinance approving and authorizing the City of St. Louis to adopt a self-insurance plan regarding sovereign immunity pursuant to Conference Committee Substitute for Senate Substitute for Senate Committee Substitute for House Substitute for House Bill No. 1650, 79th General Assembly, which relates to asserting claims against the state and its political subdivisions for Tortious Conduct, and setting a limit on settlements, awards, and judgments of $100,000.00 for all claims arising out of a single occurrence and a limit of $50,000.00 for any one person in a single accident or occurrence.

Be it ordained by the City of St. Louis, as follows:

Section One. Pursuant to Conference Committee Substitute for Senate Substitute for Senate Committee Substitute for House Substitute for House Bill No. 1650, 79th General Assembly, Section 2.1, the City of St. Louis hereby adopts a self-insurance plan for the purposes of injuries directly resulting from the negligent acts or omissions by employees of the City of St. Louis arising out of the operation of motor vehicles within the course of their employment and injuries caused by the condition of property of the City of St. Louis if the plaintiff establishes that the property was in a dangerous condition at the time of the injury, that the injury directly resulted from the dangerous condition, that the dangerous condition created a reasonably foreseeable risk of harm of the kind of injury which was incurred, and that either a negligent or wrongful act or omission of an employee of the City of St. Louis within the course of his employment created the dangerous condition or the City of St. Louis had actual or constructive notice of the dangerous condition in sufficient time prior to the injury to have taken measures to protect against the dangerous condition.

Section Two. In the tort claims described in Section One, there shall be a limit on settlements, awards, and judgments of $100,000.00 for all claims arising out of a single occurrence and a limit of $50,000.00 for any one person in a single accident or occurrence.

Approved: April 11, 1979.



EX. W

STATE OF MISSOURI }
CITY OF ST. LOUIS } ss

I, the undersigned Register of said City do hereby certify the foregoing to be a true copy of The Ordinance #57821 Amended Board Bill #6 Approved April 11, 1979

the original of which is on file in this office.

Witness my hand and the seal of the City of St. Louis this 15th day of July 2019.

Dionne M Flowers
REGISTER