

Exhibit 1A



Exhibit 1B



Exhibit 1C