## 1. Entrance, left neck



**Exhibit 5**

## 2. Entrance, left chest



## 3. Entrance, left lateral chest



## 4. Entrance, left lateral chest



## 5. Entrance, left lateral chest



## 6. Entrance, left chest



## 7. Entrance, right central chest



## 8. Entrance, right lower chest

