Case: 4:19-cv-01525-DDN   Doc. #: 109-10   Filed: 06/02/20   Page: 1 of 4 PageID #: 1309

Minutes
Board of Estimate and Apportionment

Page 5
9/16/87

### No. 8 on the Agenda

#88.093   Tom Ray appeared before the Board to request approval of the City of St. Louis Risk Management Program.

Mr. Ray said they had been faced with a crisis last December at Regional Hospital of self-insuring ourselves. This program has been installed at several places and there have been reductions in the City's contributions.

Tom Ray, Stephen Mullin and John Zakibe are administrators of the program.

President Villa asked if Barbara Geisman of his office could be added to the Committee and Mr. Ray said there was no problem with the addition of Ms. Geisman to the Committee.

The Mayor moved that the Board of Estimate and Apportionment approve Agenda Item No. 8, further identified as #88.093. The motion was seconded by the Comptroller and unanimously adopted.

### No. 9 on the Agenda

#88.094   Request from the City Counselor for approval of the following transactions for continued acquisitions of property located adjacent to the Airport:

1. PROPERTIES TO BE ACQUIRED

| Ordinance | Parcel # | Address | Amount |
|---|---|---|---|
| 58493 | 1160 | 5634 McHenry | $ 30,000 |
| 58493 | 1199 | 5560 Monroe | 20,000 |
| 58493 | 1602 | 5859 Jackson | 36,000 |

2. APPRAISALS

| Ordinance | Payable To | Date | Amount |
|---|---|---|---|
| 58460 | Laventhol & Horwath | 8/27/87 | $ 2,500 |
| 59367 | Steven Goldman | 9/1/87 | 1,300 |
| 59891 | Steven Goldman | 8/25/87 | 1,050 |

3. TITLES

| Ordinance | Payable TO | Amount |
|---|---|---|
| 58493 | Missouri Title Co. (10 Parcels) | $ 1,500 |

4. OWNERS POLICIES ETC.

| Ordinance | Payable To | Amount |
|---|---|---|
| 58493 | Missouri Title Co. (11 Parcels) | $2,503.30 |

City 2078

**Exhibit 10**

#8 #88·09 5

# CITY OF ST. LOUIS RISK MANAGEMENT PROGRAM

The City of St. Louis Risk Management Program is designed to protect the city and its related agencies against accidental loss or losses in the most cost effective manner available by applying to risks of accidental loss a risk management process which includes (i) a systematic and continuous identification of exposures, (ii) analysis of exposures, (iii) application of sound risk control procedures (including an effective safety program) and (iv) financing of risk consistent with the City's financial resources.

The Public Facilities Protection Corporation (PFPC), a not for profit corporation, has been formed as part of the Risk Management Program. The PFPC shall be responsible for all risk management decisions and administer the Risk Trust Fund. The PFPC shall be responsible for the payment of all claims, contract for services deemed necessary to properly develop and implement risk management strategies and make recommendations for the City's safety program. The PFPC shall approve components of the City's safety program only when such components are consistent with the overall Risk Management Program.

The City shall annually appropriate from the General Fund such funds as are necessary for the operations of the City's Risk Management Program including charges for payment of claims and insurance premiums. These funds shall be placed in a Risk Trust

C:\WS2000\FILES\RISKPROG
September 9, 1987

Approved: 9/16/87
BOARD OF ESTIMATE AND APPORT.

1

City 2079

Fund (the Fund) established as a Trust and Agency Fund by the Comptroller. All charges or revenues received for services by the PFPC should be deposited with the Treasurer to the credit of the Fund. These monies shall be held in a separate bank account and all interest earned from investments shall be credited to the Fund.

The Fund shall be recorded on the books of the Comptroller. All accounts shall be paid by voucher of PFPC, charged to the Fund, certified by signature of an officer of said corporation and drawn by the Comptroller on the Treasurer. All monies in this fund shall be used solely for purposes of this Risk Management Program of the City. While it is the intent to insure the City against all claims for damages, damage to City owned property which is not covered by insurance shall be financed (repair or replacement costs) through budget line item rather than through the Fund.

All legal services for the Public Facilities Protection Corporation shall be provided by the City Counselor's Office. The City Counselor's Office will process and defend all claims against the City or agencies insured by the PFPC unless covered by specific insurance coverage. If advised by the City Counselor's Office the PFPC may contract for legal services when necessary or appropriate.

The Department of Personnel through its Safety Director

C:\WS2000\FILES\RISKPROG
September 9, 1987

City 2080

shall be responsible for the formulation of a safety program for all City departments in order to identify risk exposure and minimize loss occurrence. The Safety Director shall make recommendations to the PFPC and the PFPC shall approve the implementation of an integrated safety program for all City departments or agencies involved. This program shall be consistent with the overall risk management strategy. It shall be the duty of all City department heads to cooperate with the Department of Personnel in the implementation of the Safety Program.

C:\WS2000\FILES\RISKPROG
September 9, 1987

3

City 2081