

**Exhibit 12**



