

Exhibit 13