L. Samuel Andrews
Tier One Weapon Systems

Lebanon, MO
(417) 718-2597
*tieroneweapons@att.net*

CV 2019

2003 to Present - Managed multiple firearms manufacturing, training, and engineering Consulting Companies. A.M. & P.M., A.R. Tactical, Tier One Weapon Systems, and from 2017 to present, Managing Member of Freedom Center USA, LLC.

2010-2012 - Conducted terminal ballistics test with St. Louis Metropolitan Police Department shooting predominantly .556, 7.62, and 9mm ammunition through SLMPD weapons into calibrated ballistic gelatin to gather terminal ballistic performance data and look for under and over penetration data to be analyzed and used for S.W.A.T. ammunition purchase decisions.

Multiple private training sessions with SLMPD S.W.A.T. between 2004 and 2012, included Night Vision and infra-red illumination tactics, terminal ballistics training, and weapons code of arms cleaning and maintenance issues for the 6 semi auto AR10 type sniper weapon systems my company manufactured and sold to SLMPD. In the early 2000 time frame, one of my companies also retro fitted 6 Remington 700 sniper rifles, removing their Leupold scopes and mounts, and replacing them with higher quality Night Force scope and mounts.

2002 - Recalled to Washington D.C. under D.O.D. contract with A.M. & P. M., served on Strategic Planning team at Naval Base Coronado strategic summit for Reserve Component Forces of the following countries: the United States, Great Britain, Australia, and Canada. Direct report to Marine Corps Major General Bobby G. Hollingsworth to Under Secretary of Defense Dr. David Chu. Other tasking included investigation, analysis, and Strategic Planning for D.O.D. group "ESGR", Employer Support for Guard and Reserve.

2001 - Conducted P.O.S.T. certified S.W.A.T. Sniper training for 10 Missouri Law Enforcement Agencies, including St. Louis County (Dan Cunningham), Franklin County (Sergeant Jeff Hartwig), and 6 snipers from St. Louis Metropolitan Police Department (Sergeant Jerome Klipfel's team).

EX AA



1

1995 - 2002 - Continued contract engineering and R & D work for Powell River Laboratories on predominantly long range 30 caliber projectiles, subsonic and supersonic.  As well as processes for testing ammunition accuracy, drag coefficient, temperature sensitivity, terminal performance, and salt water immersion performance.

1994 December -  Started 'A.R. Tactical' to develop leading edge small arms technologies and training methods in weapons,  ammunition, and optics; day, NVD, and thermal.

Contract engineering work for Powell River Laboratories, Oak Ridge, TN. The Proprietor, Harold F. Beal owns 26 U.S. Patents on bullet design and technology.

Developed testing protocols and weapons using 'powdered tungsten' bullet technology employed by the U.S. Secret Service Presidential Countersniper protection detail (Special Agent Bill O'roarke's group),  Naval Warfare Development Group (Both DevGru and S.E.A.L. team 6 and 5), and Combat Applications Group, Ft. Bragg (Operational Det. DELTA).

1994 - Started 'L.A. Racing'. A.R. Tactical in Chesterfield, MO. L.A. Racing began building racing engines utilizing 'cross flow' head technology for Formula Atlantic, GT 3, GT 5, and 4 cylinder Superbike race vehicles. A.R. Tactical began R & D for small arms weapons and ammunition technology.

1993 to 1994 - Klaus Engineering, Houston, TX - R & D work on Renault Formula 1 head design, supersonic Fluid Dynamics, gyro transitions to subsonic velocity.

1991 to 1993 - Mark Andy Inc., Chesterfield, MO - Quality Engineer, Assigned to solve complex 'harmonics', computer control 'adaptive algorithm', and 'gear marking' quality issues with 2.4 million dollar '6200' flagship flexographic converting machine. Developed measuring and testing protocols for use of Coordinate Measuring Lasers, Alignment lasers, Micrometers, metal heat treating and hardness testing, die cutting tooling,  press alignment,  web tensioning and registry motion control mechanisms.

1989 - Lindenwood University, St. Charles, MO -  B.S. Business Administration, with emphasis in Strategic Planning, Physics and Communication Science.

1987 - 1988 - The Thompson Group -  Manufacturing Consulting Firm, Strategic Planner and Project Implementation Management  for IBM  MAPICS implementations at Gould Modicon, John Deer, Cessna.

1986 - Contract work U.S. Gov., Afghanistan. Chain of command, Dr. Jack Wheeler to Assistant Station Chief John Regan.

1985 – 1986 - Diagraph Corporation - Analyzed label products' material engineering, and demand, Strategic Planning for vertical integration of new materials converting division. Project Manager for Install of IBM MAPICS control system, Herrin, IL plant.

1982-1985 - Lindenwood University - Marketing, Field Biology, Business Law, Communications, Graduate work Strategic Planning. Graduated with a B.S. in Business Administration, Minor in Communications

1980 - 1982 - St. Louis University - Honors in Physics, Men's Varsity Tennis.