## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **GINA TORRES** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 4:19-cv-1525-DDN** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CITY OF ST. LOUIS** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants Lance Coats, Glennon P. Frigerio, Joshua D. Becherer, Nicholas J. Manasco, Ronald Allen Jr., John C. Jones, Mark S. Seper, Jon B. Long, Tim Boyce, and Benjamin Lacy appeal to the United States Court of Appeals for the Eighth Circuit from the order entered in this action on the 25th day of March 2021 (Doc. 175), attached hereto as "Exhibit A", denying their Motion for Summary Judgment.

Respectfully submitted,

**MICHAEL A. GARVIN,**
**CITY COUNSELOR**

By: /s/ Erin K. McGowan
    Erin K. McGowan #64020MO
    Andrew Wheaton #65269 MO
    1200 Market Street, Room 314
    City Hall
    St. Louis, Mo  63103
    (314) 622-3361
    (314) 622-4956 fax
    McGowanE@stlouis-mo.gov
    wheatona@stlouis-mo.gov
    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

 I hereby certify this **Notice of Appeal** was electronically filed with the Court on this **5th day of April 2021** for service by means of Notice of Electronic Filing upon all attorneys of record.


       /s/ Erin K. McGowan