# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GINA TORRES *et al.*, | ) |
| Plaintiffs, | ) Case No. 4:19-cv-1525-DDN |
| v. | ) |
| CITY OF ST. LOUIS *et al.*, | ) |
| Defendants. | ) |

## DEFENDANT CITY OF ST. LOUIS' NOTICE OF APPEAL

Notice is hereby given that Defendant City of St. Louis appeals to the United States Court of Appeals for the Eighth Circuit from the order entered in this action on the 25th day of March 2021 (Doc. 175), attached hereto as "Exhibit A", denying its Motion for Summary Judgment.

Respectfully submitted,

By: /s/ Erin K. McGowan
Erin K. McGowan #64020MO
Andrew Wheaton #65269 MO
1200 Market Street, Room 314
City Hall
St. Louis, Mo 63103
(314) 622-3361
(314) 622-4956 fax
McGowanE@stlouis-mo.gov
wheatona@stlouis-mo.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify this **Notice of Appeal** was electronically filed with the Court on this **23rd day of April 2021** for service by means of Notice of Electronic Filing upon all attorneys of record.

/s/ Erin K. McGowan