IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GINA TORRES, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:19-CV-1525 |
| | ) |
| CITY OF ST. LOUIS, ET AL., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF FILING VIDEO EXHIBIT (EXHIBIT B)**

COME NOW Defendants, by and through their attorney Sheena Hamilton, City Counselor for the City of St. Louis, and notify the Court and all parties that, on June 12, 2023, Defendants will file with the Court a flash drive containing Ex. B, Video File P1020376 and will serve an exact copy of the same on Plaintiff's counsel.

Respectfully submitted,

SHEENA HAMILTON
CITY COUNSELOR

By: /s/ Andrew D. Wheaton
Andrew D. Wheaton #65269 MO
Deputy City Counselor
Attorney for Defendant
City Hall, Room 314,
St. Louis, MO 63103
314.622.3361
FAX: 314.622.4956
wheatona@stlouis-mo.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2023, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.

/s/ Andrew D. Wheaton

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GINA TORRES, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:19-CV-1525 |
| ) | |
| CITY OF ST. LOUIS, ET AL., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING VIDEO EXHIBIT (EXHIBIT C)

COME NOW Defendants, by and through their attorney Sheena Hamilton, City Counselor for the City of St. Louis, and notify the Court and all parties that, on June 12, 2023, Defendants will file with the Court a flash drive containing Ex. C, Video File P1020375 and will serve an exact copy of the same on Plaintiff's counsel.

Respectfully submitted,

SHEENA HAMILTON
CITY COUNSELOR

By: /s/ Andrew D. Wheaton
Andrew D. Wheaton   #65269 MO
Deputy City Counselor
Attorney for Defendant
City Hall, Room 314,
St. Louis, MO  63103
314.622.3361
FAX: 314.622.4956
wheatona@stlouis-mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2023, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.

/s/ Andrew D. Wheaton

1