UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GINA TORRES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:19-cv-01525-JSD |
| ) | |
| ) | |
| CITY OF ST. LOUIS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF RECUSAL

Comes now the Court and, *sua sponte*, enters its Order of Recusal in the above-referenced matter.

Accordingly, the Clerk of the District Court shall reassign this matter forthwith.

_____
JOSEPH DUEKER
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of June, 2023.