UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GINA TORRES, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:19CV1525 HEA |
| CITY OF ST. LOUIS, et al., | ) ) ) |
| Defendants. | ) ) |

ORDER

**IT IS HEREBY ORDERED** that the Motion to Withdraw [Doc #251] is set for hearing on August 23, 2023, at 11:30 a.m. in the courtroom of the undersigned.

Dated this 18th day of August, 2023.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE