AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| Gina Torres, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:19CV1525 HEA |
| City of St. Louis, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gina Torres                                                                                                                                              .

Date:  12/21/2023                                                          /s/ Susan McGraugh
                                                                                          *Attorney's signature*

                                                                                  Susan McGraugh, MO37430
                                                                                  *Printed name and bar number*
                                                                                  100 N. Tucker Blvd.
                                                                                  St. Louis, MO 63101

                                                                                          *Address*

                                                                                  susan.mcgraugh@slu.edu
                                                                                          *E-mail address*

                                                                                  (314) 977-2778
                                                                                          *Telephone number*

                                                                                  (314) 977-1180
                                                                                          *FAX number*