IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GINA TORRES and DENNIS L. TORRES, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 4:19-cv-01525-DDN ) ) |
| CITY OF ST. LOUIS, LANCE COATS, GLENNON P. FRIGERIO, JOSHUA D. BECHERER, NICHOLAS J. MANASCO, RONALD ALLEN JR., JOHN C. JONES, MARK S. SEPER, JON B. LONG and TIMOTHY BOYCE, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES

COME NOW Plaintiffs Gina Torres and Dennis Torres, by and through undersigned counsel, and submit the following pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**Rule 26 (a)(1)(i) Individuals likely to have Discoverable Information Plaintiffs may call**

1) Gina Torres
   5414 S. Kingshighway, St. Louis, MO 63109; (314) 660-3403
   Isaiah Hammett's mother; daughter of Dennis Torres

2) Dennis L. Torres
   5414 S. Kingshighway, St. Louis, MO 63109; (314) 353-1302
   Isaiah Hammett's grandfather; was inside the house at the time of the incident

3) Maria Torres
   Will supplement address/phone number; Isaiah Hammett's aunt; found the box from the AK47 in the trash can after the incident

4) Mrs. Colette Morton
   St. Louis Public Schools
   Isaiah Hammett's sophomore Honors English Teacher who can attest to Isaiah's character and academics

1

The following is a list of the individuals whose collective address is the St. Louis Metropolitan Police Department, First District, South Patrol Division located at 3157 Sublette, St. Louis, MO 63139, (314) 444-0100; and/or Headquarters, 1915 Olive St., St. Louis, MO 63103, (314) 231-1212, respectively.

5) Officer Benjamin R. Lacy, DSN 7978/301
   He applied for the search warrant and performed a briefing of the SWAT Unit prior to the incident; seized evidence/property for Supplemental Report and provided the Narrative for the Supplemental Report – Type: Additional Information; prepared an Intra-Department Report and Correspondence Sheet for the Supplemental Report

6) Officer Lance Coats, DSN 5623
   Stated he heard shots once he was inside the house

7) Officer Glennon P. Frigerio, DSN 11006
   Stated as soon as he entered the house he heard shots being fired

8) Officer Joshua D. Becherer, DSN 7667
   Stated he was the second officer in the line and in charge of the flash bang

9) Officer Nicholas J. Manasco, DSN 6926
   Stated he went in second, was standing in front of officer 3

10) Officer Ronald Allen, Jr., DSN 6555
    Stated he was still on front porch when shots started being fired

11) Sergeant John C. Jones, DSN 6939
    Stated 5 or 6 officers made it inside when the gunshots started, he was still on the front porch but walked inside

12) Officer Mark S. Seper, DSN 7592
    Stated he and officer 3 were able to get inside and move left through living room while firing shots

13) Officer Jon B. Long, DSN 8855
    Went in first with the ballistic shield

14) Officer Timothy Boyce, DSN 7824
    He was the breacher; prepared an Intra-Department Report and Correspondence Sheet for the Supplemental Report

15) Officer Brandon Moore, DSN 7042-461
    He was the "assistant" breacher; prepared an Intra-Department Report and Correspondence Sheet for the Supplemental Report

16) Officer Daniel Cora, DSN 8784/461
    He placed a ballistic shield on the front window of the residence; prepared an Intra-Department Report and Correspondence Sheet for the Supplemental Report

17) Officer Michael Flatley, DSN 11147
    He drove the Department Sprinter Van to the Big Lots parking lot for briefing; he also observed the surveillance camera on the residence; prepared an Intra-Department Report and Correspondence Sheet for the Supplemental Report

18) Officer Bennie Blackmon, DSN 5646/461
    He was assigned to the dog pole and placed in the rear of the stack; prepared an Intra-Department Report and Correspondence Sheet for the Supplemental Report

19) SWAT Lieutenant Timothy Sachs, DSN 1835
    Stated that Dennis Torres was escorted out of the residence after the incident

20) Lieutenant Roger Engelhardt, DSN 3786
    Responded to the scene relative to an Officer Involved Shooting; conducted the interviews of Officers Lance Coats, Glennon Frigerio, Joshua Becherer, Nicholas Manasco, Ronald Allen, Sergeant John Jones, Mark Seper and Jon Long

21) Detective Steven Burle, DSN 3390
    Responded to the scene; interviewed Plaintiff Dennis L. Torres at the scene; interviewed witness Kevin Broccard, Mark Fendler, Johnny Wysinger, and Debra Hammond

22) Detective Robert Jauer, DSN 5155
    Responded to the scene; interviewed Plaintiff Dennis L. Torres at the scene; interviewed witness Kevin Broccard, Mark Fendler, Johnny Wysinger, and Debra Hammond

23) Detective Robert Skaggs, DSN 6525
    Responded to the scene; retrieved a rifle which was laying on the floor alongside Isaiah M. Hammett

24) Detective Jamie Simpher, DSN 5765
    Responded to the scene; prepared Property –Evidence Reports regarding property seized from the scene

25) Detective Sergeant John Russo, DSN 4413
    Responded to the scene to assist with a canvass relative to the Police Involved Shooting; interviewed witnesses Donna Parks, John Hampton, Jim Lange, and Tonia Collins; prepared an Intra-Department Report and Correspondence Sheet for the Supplemental Report

3

26) Kelsey (last name unknown)
    Address unknown; (314) 757-8543
    She was driving up Eichelberger at the time of the incident and saw police officers outside Isaiah Hammett's bedroom window

27) Kevin Broccard
    6751 Eichelberger St., St. Louis, MO 63109; (314) 392-3278
    He provided Detectives Burle and Jaurer with his cell phone video recording in an interview

28) Mark Stephen Fendler
    5418 S. Kingshighway Blvd., St. Louis, MO 63116; (314) 352-9539
    Neighbor of Dennis Torres, gave statement to Det. Burle and Jauer

29) Johnny Wysinger
    5419 S. Kingshighway Blvd., Apt. 2FL, St. Louis, MO 63116; (314) 659-8185
    Neighbor of Dennis Torres, gave statement to Det. Burle and Jauer

30) Debra Ann Hammond
    5419 S. Kingshighway Blvd., St. Louis, MO 63116; (314) 226-9819
    Neighbor of Dennis Torres, gave statement to Det. Burle and Jauer

31) Donna Parks
    Business Address: 5500 S. Kingshighway Blvd., St. Louis, MO 63109
    Home Address: 13506 Bahnfyre Dr., St. Louis, MO 63128; (314) 353-2202
    Was at the Finale store near the scene, gave statement to Sgt. John Russo

32) John Hampton
    Business Address: 5502 S. Kingshighway Blvd., St. Louis, MO 63109
    Home Address: 3935 Nebraska Ave., St. Louis, MO 63118
    Home Phone (314) 412-6895; Business Phone (314) 351-6108
    Owner of Hampton Flooring and was outside near the scene, gave statement to Sgt. John Russo

33) Jim Lange
    Business Address: 5502 S. Kingshighway Blvd., St. Louis, MO 63109; (314) 952-9445
    Employee of Hampton Flooring and was outside near the scene, gave statement to Sgt. John Russo

34) Tonya Collins
    5502 S. Kingshighway Blvd., Apt. 2F, St. Louis, MO 63109; (314) 565-2924
    Neighbor of Dennis Torres, gave statement to Sgt. Russo

35) Paramedic Derek __ieger(?) PI5286
    City EMS - Pronounced Isaiah Hammett deceased

4

36) Paramedic Josh Phillips, B51239
    City EMS
    Pronounced Isaiah Hammett deceased

37) Paramedic Nick Kuehner, P20310 – EMS Medic #10
    Responded to the scene per Trip Sheet #35158, in order to check vitals of Plaintiff Dennis L. Torres

38) Firefighter Zachary White, Badge #300
    Responded to the scene per Trip Sheet #35158, in order to check vitals of Plaintiff Dennis L. Torres

39) Intelligence Detective Christopher Flaugher, DSN 6831
    Emailed the Firearms Trace Summary report regarding rifle found next to Isaiah M. Hammett

40) Communications Supervisor Cliff Harper, DSN 2068
    Transferred all 911 calls and radio communications during the incident to CD

41) Joseph Busso, Mobile Reserve/SWAT, DSN 7942/341
    Present at the scene acting as a member of the SWAT team assigned to be behind Officer Frigerio in the stack; prepared an Intra-Department Report and Correspondence Sheet for the Supplemental Report

42) Daniel Book, DSN 7270/341
    Present at the scene and was assigned as the 8th operator to make entry; prepared a report for the Supplemental Report

43) Tara M. Rick
    City of St. Louis Medical Examiner's Office, 1300 Clark Avenue, St. Louis, MO 63103; (314) 622-4971; Investigator, responded to the scene and initiated Post-Mortem Examination, Case #2017-1352

44) Erin Ely, M.D.
    City of St. Louis Medical Examiner's Office, 1300 Clark Avenue, St. Louis, MO 63103; (314) 622-4971; Pathologist, Assistant Medical Examiner Post-Mortem Examination, Case #2017-1352

45) Juliette Scantlebury, M.D.
    City of St. Louis Medical Examiner's Office; 1300 Clark Avenue, St. Louis, MO 63103; (314) 622-4971
    Assistant Medical Examiner Post-Mortem Examination, Case #2017-1352

46) Jamie C. Simpher, DSN 670
    Provided the Supplemental Report – Type: Follow up – Narrative

5

47) Bobby D. Baine, DSN 5134
    Seized evidence property for Supplemental Report

48) Robert J. Muffler, Supervisor/Commander DSN 433
    Seized evidence property for approval for Supplemental Report

49) Jerone T. Jackson, Supervisor/Commander DSN 604
    Seized evidence property approval for Supplemental Report; Type: Follow up Report

50) Douglas Eatherton, Supervisor/Commander DSN 670
    Supplemental Report – Type: ETU Report

    The following were also present on the scene at 5414 S. Kingshighway Blvd.:

51) Colonel Lawrence O'Toole, DSN 2202, Interim Chief of Police

52) Colonel Gerald Leyshock, DSN 1770, Commander of Bureau of Professional Standards

53) Major Rochelle D. Jones, DSN 2166, Deputy Commander Bureau of Operations

54) Major Kenneth Kegel, DSN 1768, Deputy Commander Bureau of Enforcement

55) Major Daniel Howard, DSN 2787, Commander of South Patrol Division

56) Captain Steven Mueller, DSN 2170, Commander of the First District

57) Sergeant Thomas Bottini, DSN 1839, Office of the Assistant Chief

58) Sergeant Keith Barrett, DSN 4510, Office of the Chief

59) Lieutenant William Kiphart, DSN 4669, District personnel

60) Sergeant Jerry Latimore, DSN 6204, District personnel

61) Sergeant Steven Schwerb, DSN 5494, District personnel; present at the briefing

62) Detective Thomas Kranz, DSN 4125, District personnel; prepared an Intra-Department Report and Correspondence Sheet for the Supplemental Report

63) Police Officer Scott Grusewitz, DSN 11150, District personnel, present at the briefing; prepared an Intra-Department Report and Correspondence Sheet for the Supplemental Report

64) Police Officer Lindsey Wethington, DSN 5090, District personnel; staged close by the scene acting as a cover car; prepared an Intra-Department Report and Correspondence Sheet for the Supplemental Report

65) Police Officer Keith Burton, DSN 0849, District personnel; conducting surveillance of the residence from a covert vehicle; prepared an Intra-Department Report and Correspondence Sheet for the Supplemental Report

66) Police Officer Steven Landers, DSN 8156, District personnel; present at the briefing; prepared an Intra-Department Report and Correspondence Sheet for the Supplemental Report

67) Police Officer Larry Wentzel, DSN 11030, District personnel; staged close by the scene acting as a cover car; prepared an Intra-Department Report and Correspondence Sheet for the Supplemental Report

68) Police Officer Brian DeMatteis, DSN 0967, District personnel

69) Police Officer Christopher Rumpsa (?), DSN 6495, District personnel

70) Police Officer Hajrudin Ducanovic, DSN 7027, District personnel

71) Police Officer Samuel Rachas, DSN 11097, District personnel

72) Police Officer Corey Zinkl, DSN 11166, District personnel

73) Police Officer Oliver Poggioli, DSN 7050, District personnel

74) Police Officer Igor Kahrimanovic, DSN (?), District personnel

75) Police Officer Daniel Kim, DSN 4897, District personnel

76) Police Officer Keith Shelton, DSN 8022(?), District personnel

77) Police Officer Jon Amesquita, DSN 11415, District personnel

78) Police Officer Josiah Young, DSN 11438, District personnel

79) Police Officer Mark Taylor, DSN 3782, District personnel

80) Police Officer Richard van Deutekos(?), DSN 5342, District personnel

81) Police Officer Alan Hutchcraft, DSN 6885, District personnel

82) Police Officer Gregory Kleissle, DSN 8147, District personnel

83) Police Officer Alan Malone, DSN 11511, District personnel

84) Police Officer Joseph Sasenger, DSN 11100, District personnel

85) Police Officer Owen Hill, DSN 3689, District personnel

86) Police Officer Mark Pfeiffer, DSN 6593, District personnel

87) Police Officer Ashley Smith, DSN 7274, District personnel

88) Police Officer Lindsay Anderson, DSN 7932, District personnel

89) Police Officer Brian Bianchi, DSN 8071, District personnel

90) Police Officer Patrick Daut, DSN 5828, District personnel

91) Police Officer Lavelle Bell, DSN 11002, District personnel

92) Police Officer Luke McDonnell, DSN 11480, District personnel

93) Police Officer Mark West, DSN 4316, District personnel

94) Police Officer Andrew Collier, DSN 6502, District personnel

95) Lieutenant Paul Lauer, DSN 3770, Traffic personnel

96) Police Officer Eric Moran, DSN 8753, Traffic personnel

97) Police Officer Matthew Wieczorek, DSN 8039, Traffic personnel

98) Police Officer David Minor, DSN 3622, Traffic personnel

99) Police Officer Duane Hollinshed(?), DSN 6562, Traffic personnel

100)   Sergeant Brian King, DSN 4898, Crime Laboratory personnel

101)   Police Officer Jennifer Sommers, DSN 5551, Crime Laboratory personnel; Supplemental Report – Type: ETU Report

102)   Police Officer Trimeko Condra, DSN 7671, Crime Laboratory personnel

103)   Police Officer Kelly Tippett, DSN 5261, Crime Laboratory personnel

104)   Rachel Smith, Assistant Circuit Attorney

105)   Michael Indelicato(?), Investigator from the Circuit Attorney's Office

106) Wendy Parker, Investigator from the Circuit Attorney's Office

107) Sergeant Amy-Parker Stayton, DSN 6344, Internal Affairs Division

108) Bernard Jordan, DSN 4295, Internal Affairs Division

109) Jamie C. Simpher, DSN 670
Provided the Supplemental Report – Type: Follow up - Narrative

**Rule 26 (a)(1)(ii) Documents in Plaintiffs Possession or Control**

1) St. Louis Metropolitan Police Incident Report CN 17-027659 and Supplemental Reports, Intra-Department Report and Correspondence Sheets, including but not limited to, any and all photographs, laboratory reports, videos, audio, statements, transcripts, 911 and Radio calls, firearms ballistics and any other and all investigative material associated with Incident Report No. CN 17-027659
2) Office of the Medical Examiner, City of St. Louis, Post-Mortem Examination and Pathology Findings of Isaiah Michael Hammett, p. 1-15
3) Certification of Death of Isaiah Michael Hammett
4) City Counselor's Office Problem Properties Unit concerning 5414 S. Kingshighway
5) Circuit Court of the City of St. Louis, Missouri - Search Warrant for 5414 S. Kingshighway Blvd., St. Louis, MO 63116 dated May 31, 2017
6) Triple Threat Armory Sales, LLC Sales Receipt dated May 12, 2017
7) United States District Court – Eastern District of Missouri - Search and Seizure Warrant dated October 23, 2017
8) Lab Report #1: Crime Scene Examination - p. 1-17
9) Technical/Administrative Review-ETU – p. 1-1
10) Investigators Notes – p. 1-22
11) Investigators Diagrams – p. 1-3
12) SLMPD Photographic Work Order Completion – p. 1-13
13) Lab Report #3: Biological Screening - p. 1-7
14) Biology Case Notes – p. 1-2
15) Technical/Administrative Review-Biology – p. 1-1
16) Lab Report #4: DNA Analysis – p. 1-4
17) DNA Analysis Data Sheets – p. 1-49
18) Technical/Administrative Review – p. 1 of 11
19) Lab Report #5: Drug Identification - p. 1-3
20) SLMPD Crime Laboratory Controlled Substance Analysis Notes – p. 1-2
21) Technical/Administrative Review – p. 1-1
22) Lab Report #8: Process for Prints – p. 1-6
23) Processing for Prints Case Notes – p. 1-4
24) Technical/Administrative Review Checklist–Process for Prints – p. 1-1
25) Lab Report #9: Firearm Comparison – p. 1-65
26) Firearms Worksheet – p. 1-115
27) Technical/Administrative Review–Firearm/Tool Mark Section – p. 1-1
28) Lab Report #10: Latent Print Examination – p. 1-3

29) Latent Evidence Worksheet – p. 1-4
30) Technical/Administrative Review Checklist-Latent Print Examinations – p. 1-1
31) SLMPD Photo's Work Order Receipt (for CDs and Prints) – p. 1-7
32) Office of Medical Examiner City of STL Lab Demographics and Evidence List – p. 1-2
33) SLMPD Evidence Receipt-Lab/Identification – p. 1-5
34) SLMPD Main Case Report – p. 1-6
35) SLMPD Case Chain of Custody Report – p. 1-98
36) SLMPD Physical Evidence List – p. 1-4
37) STL Police Department Item Listing – p. 1-3
38) SLMPD Crime Lab Firearms Section Notice of NIBIN Entry – p. 1-1
39) Firearms Trace Summary –  p. 1-2
40) Public Nuisance Records; Calls for Service – p. 1-4
41) Public Nuisance Notice with Occupancy List Form 9/9/14 – p. 1-5
42) Photos of house with Notice and Form on door (Posting Date: 9/12/2014) – p. 1-2
43) Property Owner Meeting Sign-In Sheet for South Patrol (9/23/14) – p.1-1
44) Failure to Abate issued to Dennis Torres/Court set for 8/31/15 (Kavanaugh email) – p.1-1
45) Public Nuisance Notice with Occupancy List Form 9/15/15 – p. 1-5
46) Photo of house with Notice and Form on door (Posting Date: 9/15/2015) – p. 1-1
47) Public Nuisance Notice with Occupancy List Form 6/30/17 – p. 1-5
48) Property Owner Meeting Sign-In Sheet for South Patrol (7/20/17) – p. 1-1
49) Letter from Mrs. Colette Morton - Isaiah Hammett English Teacher

### Rule 26 (a)(1)(iii) Computation of Plaintiffs Damages

Wrongful death damages in the amount of $10,000,000.00 for the violation of decedent's and plaintiffs civil rights and decedent's pain and suffering and fear and for plaintiffs' loss of the reasonable value of the services, comfort, companionship, instruction, guidance, counsel, training and support of Isaiah M. Hammett by reason of such death, further including past and future lost income, household services and the value of benefits which would have been provided by decedent, and damages sustained by plaintiffs as the result of the wrongful conduct of the defendants, and funeral and cremation expenses of approximately $20,000.00.

Punitive damages in an amount sufficient to punish and deter these defendants and others similarly situated. Reasonable attorneys' fees and costs of this action in an amount not less than $75,000.00. Prejudgment and post judgement interest.

### Rule 26 (a)(1)(iv) Insurance

Defendants have not asserted any counterclaims for damages against plaintiffs and, accordingly, there are no applicable insurance policies which might be available to satisfy any judgment against plaintiffs.

                              DOWD & DOWD, P.C.

By:   /s/ Richard K. Dowd
       Richard K. Dowd (33383)
       Alex R. Lumaghi (56569)
       211 N. Broadway, Suite 4050
       St. Louis, MO 63102
       (314) 621-2500
       (314) 621-2503 Facsimile
       rdowd@dowdlaw.net
       alex@dowdlaw.net
       *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was sent via email to all counsel of record this 15th day of October, 2019.

Erin K. McGowan
Andrew D. Wheaton
Associate City Counselors
Julian Bush City Counselor
City Hall, Room 314
St. Louis, MO 63103
wheatona@stlouis-mo.gov
mcgowane@stlouis-mo.gov
*Attorneys for Defendants*

                                        /s/ Richard K. Dowd