UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GINA TORRES, et al., | ) |
|     Plaintiffs, | ) |
| v. | ) No. 4:19CV1525 HEA |
| CITY OF ST. LOUIS, et al., | ) |
|     Defendants. | ) |

## **ORDER**

This matter is before the Court on Plaintiffs' Motions in Limine, Doc. No. 291.

Motion in limine no. 1: references to the "Morganford Gangsters" or the alleged gang membership of the deceased is DENIED.

Motion in limine no. 2: references to social media posts of the decedent, Isaiah Hammett, or social media posts depicting the decedent is DENIED.

Motion in limine no. 3: evidence or argument regarding Isaiah Hammett's prior arrests, misdemeanors, and/or juvenile adjudications is DENIED.

Motion in limine no. 4: evidence or argument of uncharged criminal conduct or prior bad acts allegedly perpetrated by Isaiah Hammett is DENIED.

Motion in limine no. 5: improper or undisclosed expert testimony, including any opinion testimony regarding the reasonableness of the officers' use of force is GRANTED.

Motion in limine no. 6: allegations of plaintiff's financial motivations for filing suit is DENIED.

Motion in limine no. 7: evidence of cost to taxpayers is GRANTED.

Motion in limine no. 8: reference to machine gun, ak-47, or assault rifle is DENIED.

Dated this 1st day of November 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE