Amended Deposition Designations of Dennis Torres

- 6:3-12
- 12:24-13:14
- 14:12-15:22
- 16:9-16:19
- 18:5-19:12
- 22:18-24:16
- 25:20-26:14
- 32:22-35:21
- 40:1-41:20
- 44:2-45:4
- 46:2-46:7
- 47:8-49:24
- 60:25-62:11
- 69:17-70:6
- 71:5-7
- 119:3-121:9
- 123:2-124:1
- 136:11-147:20